

**FILED**
VANESSA L. ARMSTRONG, CLERK

SEP 20 2017

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                    CRIMINAL ACTION NO. 3:17 CR-128 DJH

BRENT A. RICHARDSON                                         DEFENDANT

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Larry Fentress, Assistant United States Attorney for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e), Federal Rules of Criminal Procedure, to order and direct that the indictment returned by the Federal Grand Jury this September 20, 2017, charging the above-named defendant with a violation of Title 21, United States Code, Sections 846 and 841(a)(1), be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and to further order that until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, that no person disclose the return of the indictment, or any warrant or order issued pursuant thereto except as necessary for the issuance and execution of warrant for the arrest of the defendant.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

_____
for Larry Fentress
Assistant U.S. Attorney