

**FILED**
VANESSA L. ARMSTRONG, CLERK

SEP 2 0 2017

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA           PLAINTIFF

v.           3:17CR-128 DJH

BRENT A. RICHARDSON           DEFENDANT

NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Larry Fentress hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

Larry Fentress
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-6772
FAX: (502) 582-5097
Email: larry.fentress@usdoj.gov