

# Case Assignment
## Standard Criminal Assignment

Case number **3:17CR-128-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Magistrate Judge Colin H. Lindsay
Magistrate Judge Code : 44AS

Assigned on 9/20/2017 12:28:23 PM
Transaction ID: 10107

[Request New Judge]   [Return]