USDC KYWD  - Minute Order (Rev. 08/11)

# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                        **CRIMINAL ACTION NUMBER: 3:17CR-128-DJH**

**BRENT RICHARDSON**                                                                          **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge and was called in open Court on November 16, 2017 to conduct an initial appearance.

<u>APPEARANCES</u>
For the United States:   Larry E. Fentress, Assistant United States Attorney
For the defendant:       Defendant, Brent Richardson - Present and in custody
Court Reporter:          Digital Recording

Upon motion of the United States to unseal the Indictment,

**IT IS HEREBY ORDERED** that the Indictment is **UNSEALED**.

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Indictment, was advised of the nature of the charges contained therein, and was advised of his rights.  The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel.   The Court appointed Patrick Renn from the Criminal Justice Act attorney panel list  to represent the defendant.

**IT IS HEREBY ORDERED** that this case is scheduled for arraignment proceedings on **November 30, 2017 at 9:30 a.m.** before the Honorable Colin H. Lindsay, United States Magistrate Judge.

After discussion with counsel and by agreement of the United States Probation Office,

**IT IS HEREBY ORDERED** that the defendant is released on a $25,000 unsecured bond with an order setting conditions of release.

This 17th day of November, 2017

**ENTERED BY ORDER OF THE COURT:**
**COLIN H. LINDSAY**
**UNITED STATES MAGISTRATE JUDGE**
**VANESSA L. ARMSTRONG, CLERK**
**BY: /s/** *Theresa L. Burch* **- Deputy Clerk**

cc: Counsel, USP

0|10