**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **v.** | **CRIMINAL ACTION NO. 3:17-CR-128-DJH** |
| **BRENT RICHARDSON** | **DEFENDANT** |

**JOINT MOTION TO CONTINUE JURY TRIAL**

**\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\***

Come the parties, the Defendant, Brent Richardson (hereinafter "Richardson"), by and through his counsel, Patrick J. Renn, and the United States of America, by and through its counsel, Assistant United States Attorney, Larry Fentress, and respectfully moves the Court to continue Richardson's trial by jury set to begin on January 22, 2018 at 9:30 a.m. As grounds for this motion, the parties state it is likely this case will be settled without the necessity of a trial, but additional time is needed for the parties to resolve outstanding issues before a written plea offer may be presented to Richardson, and the agreement be filed with the Court. Accordingly, the parties request the Court to vacate Richardson's trial by jury, and set a status conference in approximately one month.

Accordingly, for the foregoing reasons, the parties respectfully move the Court to vacate Richardson's trial by jury presently set for January 22, 2018 at 9:30a.m, and set this case for an in court status conference.

Respectfully Submitted,

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com

and

/s/ Larry Fentress    (with permission)
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-6772

## CERTIFICATE OF SERVICE

    I hereby certify that on January 8, 2018, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600
prenn@600westmain.com