**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**UNITED STATES DISTRICT COURT**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                                                            **CRIMINAL ACTION NO. 3:17-CR-128-DJH**

**BRENT RICHARDSON**                                                                        **DEFENDANT**

**ORDER**
*** *** *** *** ***

Upon Motion of the parties, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Jury Trial in the above-styled case presently set to begin on January 22, 2018 at 9:30 a.m. be, and hereby is, **VACATED**.

**IT IS FURTHER HEREBY ORDERED** that a Status Conference be set in this matter for the ____ day of _____, 2018 at ___.m.