UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                    Plaintiff,

v.                                                    Criminal Action No. 3:17-cr-128-DJH

BRENT RICHARDSON,                                                    Defendant.

* * * * *

### MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on January 5, 2018, with the following counsel participating:

For the United States:        Larry Fentress

For Defendant:        Patrick Renn

Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)        This matter is set for a status conference on **February 2, 2018, at 10:00 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2)        The parties' Joint Motion to Continue Jury Trial (Docket No. 14) is **GRANTED**. The trial of this matter, currently set for January 22, 2018, is **REMANDED** from the Court's docket, to be reset following the February 2 status conference.   All pretrial deadlines are **VACATED**.

(3)        Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from January 22, 2018 to February 2, 2018 is excludable in computing the time within which the trial must commence under the**

1

**Speedy Trial Act**.  The Court further finds that the ends of justice served by granting the motion for continuance outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny counsel for the defendant and the United States the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006).  This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government."  § 3161(h)(7)(C).

January 8, 2018

Court Time: 00/10
Court Reporter: Dena Legg

**David J. Hale, Judge**
**United States District Court**

cc:     Jury Administrator

2