UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                            Plaintiff,

v.                                              Criminal Action No. 3:17-cr-128-DJH

BRENT RICHARDSON,                                                    Defendant.

* * * * *

## MEMORANDUM OF CONFERENCE AND ORDER

A status conference was held in this matter on March 21, 2018, with the following

counsel participating:

> For the United States:        Larry Fentress

> For Defendant:               Pat Renn

The defendant was present in court.  The parties advised the Court that the matter should be set

for a change-of-plea hearing and the trial date should be remanded.  Based on the discussion

during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     This matter is set for a change-of-plea hearing on **April 23, 2018, at 9:00 a.m.** at

the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2)     The trial set for April 23, 2018 is **REMANDED** from the Court's docket.  The

parties shall promptly notify the Court in the event the matter should be reset for trial.

March 21, 2018

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/05
Court Reporter: Dena Legg

cc:     Jury Administrator

1