UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                        CRIMINAL ACTION NO. 3:17CR-128-DJH

BRENT A. RICHARDSON                                                  DEFENDANT

UNOPPOSED MOTION TO CONTINUE SENTENCING
*(Filed Electronically)*

Comes now the United States of America, by counsel, and moves to continue the sentencing hearing, currently scheduled for July 16, 2018, because additional time is needed to obtain relevant information from the defendant for the Court to consider at sentencing. The defendant is not in custody and has been fully compliant with all conditions of release. Undersigned counsel has conferred with counsel for the defendant and is authorized to inform the Court that the defendant does not object to this motion and also requests that it be granted.

Wherefore, the United States requests that the sentencing proceeding currently scheduled for July 16, 2018, be continued for at least sixty days.

                                              Respectfully submitted,

                                              RUSSELL M. COLEMAN
                                              UNITED STATES ATTORNEY

                                              s/    Larry Fentress
                                              Assistant United States Attorney
                                              717 West Broadway
                                              Louisville, Kentucky 40202
                                              (502) 582-6772

CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Continue Sentencing was filed electronically on July 12, 2018, to be served through the CM/ECF system on **Patrick J. Renn**, counsel for defendant.

s/ Larry Fentress<br>
Assistant United States Attorney<br>
Western District of Kentucky