UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                    CRIMINAL ACTION NO. 3:17CR-128-DJH

BRENT A. RICHARDSON                                         DEFENDANT

## ORDER

*(Filed Electronically)*

  This matter is before the Court on an unopposed motion by the United States to continue sentencing.   Having considered the motion and being sufficiently advised,

  IT IS HEREBY ORDERED that the motion is granted and the sentencing, currently scheduled for July 16, 2018, is continued to _____ .