UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                                                          CRIMINAL ACTION NO. 3:17CR-128-DJH

BRENT A. RICHARDSON                                            DEFENDANT

SENTENCING MEMORANDUM
*(Filed Electronically)*

      The United States agrees with the conclusions set forth in the Presentence Investigation Report that the total adjusted offense level is 16 with a criminal history category of III, for a guideline range of 27 to 33 months followed by two years of supervised release, subject to any motions granted or objections sustained during the sentencing hearing. Restitution is not an issue in this case and the defendant has agreed to forfeit all property seized by law enforcement during the course of the investigation.

      At sentencing, the United States will move pursuant to U.S.S.G. § 5K1.1 for a downward departure of seven levels, which would result in an offense level of 9, criminal history category III, for a guideline range of 8-14 months in Zone B of the Sentencing Table, and will recommend a sentence of probation for five years, pursuant to § 5C1.1(c)(3), with a condition that substitutes home detention for eight months of imprisonment, subject to release at the discretion of his supervising probation officer for purposes of employment, education, or medical care for the defendant or any member of his family.

      The defendant's actions merit such a downward departure, in that his cooperation with

law enforcement has resulted in the dismantling of an interstate drug trafficking organization and in the seizure of approximately 75 pounds of methamphetamine, 10 pounds of cocaine, and the prosecution of three other people who have entered pleas of guilty to conspiracy to distribute controlled substances.   The defendant has no prior convictions for weapons offenses or crimes of violence.   A sentence of five years of probation with a condition of eight months home detention would serve the sentencing objectives of reasonable punishment, deterrence, and public protection.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

s/   Larry Fentress
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-6772

CERTIFICATE OF SERVICE

I certify that on September 9, 2018, I filed the foregoing Sentencing Memorandum electronically with the clerk of the court through the CM/ECF system, which will send a notice of electronic filing to **Patrick Renn**, counsel for defendant.

s/   Larry Fentress
Assistant United States Attorney

Western District of Kentucky