

**FILED**
VANESSA L. ARMSTRONG, CLERK

SEP 1 1 2018

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                    Plaintiff,

v.                                              Criminal Action No. 3:17-cr-128-DJH

BRENT RICHARDSON,                                           Defendant.

\* \* \* \* \*

## ACKNOWLEDGMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived the right to appeal the sentence I just received from the Court.

September 11, 2018            _____
Date                                Defendant's Signature