UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.                                                          CRIMINAL ACTION NO. 3:17-CR-128-DJH

BRENT RICHARDSON                                                                           DEFENDANT

NOTICE OF SUBSTITUTION OF COUNSEL

**- Electronically Filed -**

Assistant United States Attorney Joshua Judd hereby enters his appearance of record on behalf of the United States of America.  Please remove Larry Fentress as counsel of record in the above-styled case and he should also be removed from the electronic notification process.

        Respectfully submitted,

        RUSSELL M. COLEMAN
        United States Attorney


        /s/Joshua Judd
        Joshua Judd
        Assistant U.S. Attorney
        717 West Broadway
        Louisville, Kentucky  40202
        PH:  (502) 582-5911

CERTIFICATE OF SERVICE

      I hereby certify that on October 22, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the counsel for the defendant.

:

      /s/Joshua Judd
      Joshua Judd
      Assistant U.S. Attorney
      717 West Broadway
      Louisville, Kentucky  40202
      PH:  (502) 582-5911