UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:17-cr-128-DJH

BRENT RICHARDSON,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

This matter came before the Court for a final revocation hearing on November 19, 2020, with the following counsel participating:

    For the United States:     Joshua Judd

    For Defendant:     Chastity Beyl

The defendant was present. Based on the discussion during the hearing, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The defense's oral motion to continue the hearing to allow time for addiction treatment is **GRANTED**. Without objection, the final revocation hearing is **CONTINUED** for approximately ninety days, with the date and time to be set by subsequent order. The hearing may be advanced in the event the defendant fails to complete the program.

(2) The detention order entered October 23, 2020 (Docket No. 37) is **REVOKED**. Defendant Brent Richardson shall be **RELEASED** from custody on Friday, November 20, 2020, to allow completion of the addiction-treatment program discussed during the hearing. Richardson's wife shall transport him to Seven Counties Services to begin the program.

2

(3) Richardson shall return to the same conditions of probation previously set, with the additional conditions that he shall not use or possess alcohol and shall be subject to remote alcohol monitoring. Details regarding the applicable conditions will be provided by the United States Probation Office.

Court Time: 00/50
Court Reporter: Dena Legg

cc: USMS