UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:17-cr-128-DJH

BRENT RICHARDSON, Defendant.

\* \* \* \* \*

## ORDER

The Court previously ordered that Defendant Brent Richardson be released from custody to enter an inpatient addiction-treatment program. (Docket No. 41) That order must be modified in light of information from defense counsel that access to Seven Counties Services has been curtailed due to the COVID-19 pandemic. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that in addition to the conditions of release previously imposed, Richardson shall be subject to home incarceration with location monitoring. Richardson shall not leave his home or drive a vehicle without permission from the United States Probation Office. Richardson shall comply with and participate fully in any alcohol counseling services provided by the Probation Office.

A status conference will be set by subsequent order to discuss next steps in this case.