UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                           Plaintiff,

v.                                                                         Criminal Action No. 3:17-cr-128-DJH

BRENT RICHARDSON,                                                                                  Defendant.

* * * * *

## MEMORANDUM OF CONFERENCE

A telephonic status conference was held in this matter on November 20, 2020, with the following counsel participating:

    For the United States:    Joshua Judd

    For Defendant:    Chastity Beyl

The Court and counsel discussed information received after the November 19 hearing about the Seven Counties addiction-treatment program and the modified terms of release set out in the Order entered earlier on November 20. Defense counsel agreed to notify the Court and the U.S. Probation Office if and when the Seven Counties program becomes available again.

Court Time: 00/10
Court Reporter: Dena Legg

1