UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                                 Criminal Action No. 3:17-cr-128-DJH

BRENT RICHARDSON,                                                                 Defendant.

\* \* \* \* \*

**MEMORANDUM OF CONFERENCE AND ORDER**

A telephonic status conference was held in this matter on January 26, 2021, with the following counsel participating:

  For the United States:      Joshua Judd

  For Defendant:              Chastity Beyl

The defendant's probation officer was on the call. The Court and counsel discussed the defendant's progress in the addiction-treatment program. Counsel advised the Court that the defendant had been discharged from phase two of the program but is still receiving outpatient treatment. All parties agreed that the defendant should be allowed to continue receiving treatment and remain on the terms of his release from custody. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     The defendant shall continue receiving addiction treatment and remain on the modified terms of his release from custody. (*See* Docket No. 43) The defendant's probation officer shall investigate the discharge from phase two of the addiction-treatment program and report the findings to the Court.

2

(2) By agreement of the parties, this matter is set for a telephonic status conference on **March 2, 2021, at 10:00 a.m.** Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187.

January 26, 2021

David J. Hale, Judge
United States District Court

Court Time: 00/10
Court Reporter: Dena Legg