UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:17-cr-128-DJH

BRENT RICHARDSON,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on March 2, 2021, with the following counsel participating:

    For the United States:     Joshua Judd

    For Defendant:     Chastity Beyl

The defendant's probation officer was on the call. The Court and counsel discussed the procedural posture of the case. Defense counsel agreed to coordinate with the probation officer to investigate the defendant's discharge from phase two of the addiction-treatment program. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The defendant shall continue receiving addiction treatment and remain on the modified terms of his release from custody. (*See* Docket No. 43)

(2) This matter is set for a telephonic status conference on **March 30, 2021, at 10:00 a.m.** Counsel shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187#.

March 2, 2021

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

1