PROB 12A



# United States District Court
Western District of Kentucky

## STATUS MEMORANDUM

Name of Offender:   Brent  Richardson          Docket Number:   0644 3:17CR00128 001

Name of Presiding Judicial Officer:   David J. Hale
United States District Judge

Offense(s) of Conviction:   **Count 1**:
Conspiracy to Possess with Intent to Distribute Marijuana
21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(D)

---

## SUPERVISION SUMMARY

On October 13, 2020, the U.S. Probation Office filed a Violation Report and Petition for a Warrant for Mr. Richardson based upon ongoing noncompliance. At that time, Mr. Richardson continued consume alcohol and was non-compliant with treatment. After making his initial appearance on October 22, 2020, Mr. Richardson was detained October 23, 2020 and an ordered to appear on November 19, 2020 for a final revocation hearing.

On November 20, 2020, Mr. Richardson was released from custody and ordered to complete an addiction-treatment program and to continue his remote alcohol monitoring upon release.

Mr. Richardson successfully completed the in-patient portion of the program and was transitioned to a sober living facility in January 2021. Mr. Richardson was ultimately discharged from the sober living facility after suspicion of forging AA/NA meeting logs, a claim Mr. Richardson Denies.

Despite, the discharge from sober living, Mr. Richardson has demonstrated his ability to lawfully self-manage and maintain his sobriety. He has submitted four alcohol tests per day for the last several months and has remained sober.

At this time, the U.S. Probation Office is requesting to withdraw the petition for revocation. Should Mr. Richardson become non-complaint, we will request a new petition.

_____   3/29/2021
David Throckmorton
United States Probation Officer