# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**     **PLAINTIFF**

**VS.**     **CRIMINAL ACTION NUMBER: 3:17CR-128-DJH**

**BRENT RICHARDSON**     **DEFENDANT**

## ORDER ON VIOLATION OF SUPERVISED RELEASE PETITION

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge and was called via video conference on May 4, 2021 to conduct an initial appearance on a petition for violation of supervised release.   Assistant United States Attorney Joshua D. Judd appeared on behalf of the United States.   The defendant was present at the Grayson County Detention Center.   The proceeding was digitally recorded.

The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel.   The Court appointed the Office of Federal Defender to represent the defendant.   Assistant Federal Defender Aaron Dyke was present on the video conference and accepted the appointment.

The defendant, through counsel, consented to proceed with initial appearance via video conference.

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the petition, was advised of the nature of the charges contained therein, and was advised of his rights.

The United States moved for detention.   Accordingly,

**IT IS HEREBY ORDERED** that a preliminary revocation and detention hearing is scheduled for **May 5, 2021 at 3:00 p.m**. via video conference before the Honorable Colin H. Lindsay, United States Magistrate Judge.   The defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

May 5, 2021

        **ENTERED BY ORDER OF THE COURT:**
        **COLIN H. LINDSAY**
        **UNITED STATES MAGISTRATE JUDGE**
        **JAMES J. VILT JR., CLERK**
        **BY:** *Theresa L. Burch* **- Deputy Clerk**

:20