# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                                       **PLAINTIFF**

**VS.**                                   **CRIMINAL ACTION NUMBER: 3:17-CR-128-DJH**

**BRENT RICHARDSON**                                                                                             **DEFENDANT**

## **ORDER**

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge via video conference on May 5, 2021 for a preliminary revocation and detention hearing. The defendant appeared with Aaron Dyke, appointed counsel. Assistant United States Attorney Josh Judd appeared on behalf of the United States. The proceeding was digitally recorded.

The defendant, through counsel, consented to proceed with hearing via video conference.

The defendant, through counsel, waived his right to a preliminary hearing.

The Court heard arguments of counsel as to the matter of detention, and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the defendant is released from custody. The defendant shall remain on current conditions of release. In addition to the previously imposed conditions, the defendant shall attend an alcohol abstinence program.

**IT IS FURTHER ORDERED** that a final revocation hearing is scheduled for **May 10, 2021, at 9:30 a.m.** in Louisville Courtroom, before the Honorable David J. Hale, United States District Judge.

May 7, 2021                                      **ENTERED BY ORDER OF THE COURT**
                                                               **JAMES J. VILT JR., CLERK**
                                                               **COLIN H. LINDSAY**
                                                               **UNITED STATES MAGISTRATE JUDGE**
                                                               **By:  *T. Burch*, Deputy Clerk**

:20