UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,   Plaintiff,

v.   Criminal Action No. 3:17-cr-128-DJH

BRENT RICHARDSON,   Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING

A final revocation hearing was held in this matter on May 10, 2021, with the following counsel participating:

   For the United States:   Joshua Judd

   For Defendant:   Aaron Dyke

At the beginning of the hearing, Brent Richardson stipulated to the alleged violations of the special conditions of supervised release.  (*See* Docket No. 51, PageID # 161–62)  The Court conferred with the United States Probation Office about the violations.  The Court stated, on the record, proposed modifications to the conditions of supervised release.  The Court discussed these modifications with counsel, and the defendant agreed to these modifications.  The Court then imposed, without objection, the stated modifications to the conditions of supervised release, which the United States Probation Office shall further communicate to the defendant, as necessary.  The Court and counsel agreed to continue the final revocation hearing for thirty (30) to forty-five (45) days so that the defendant may participate in treatment programs outlined in the modifications to the conditions of supervised release.  Should the defendant fail to comply with all the conditions of supervised release, the Court will promptly reschedule the final revocation hearing.

May 10, 2021

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/40
Court Reporter: Dena Legg