UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                    Plaintiff,

v.                                                     Criminal Action No. 3:17-cr-128-DJH

BRENT RICHARDSON,                                                           Defendant.

* * * * *

**MEMORANDUM OF CONFERENCE AND ORDER**

A telephonic status conference was held in this matter on October 5, 2021, with the following counsel participating:

For the United States:        Joshua Judd

For Defendant:                Aaron Dyke

The defendant's probation officer was on the call. The Court and counsel discussed the procedural posture of the case. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is set for a telephonic status conference on **November 17, 2021, at 11:00 a.m.** Counsel shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187#. Counsel are **DIRECTED** to confer with the defendant's probation officer in advance of the November 17 conference.

October 6, 2021

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

1