UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                          Plaintiff,

v.                                                   Criminal Action No. 3:17-cr-128-DJH

BRENT RICHARDSON,                                                 Defendant.

* * * * *

## MEMORANDUM OF HEARING AND ORDER

A final revocation hearing was held in this matter on November 8, 2021, with the following counsel participating:

    For the United States:    Joshua Judd

    For Defendant:    Aaron Dyke

The defendant was not present. Defense counsel notified the Court that he had been in contact with the defendant and confirmed that the defendant would not be attending the hearing. The Court noted that a warrant for the defendant's arrest would be issued because of his failure to appear. Accordingly, it is hereby

**ORDERED** that the final revocation hearing is **CONTINUED** to a date to be set by subsequent order.

November 9, 2021

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

1