# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**VS.**                         **CRIMINAL ACTION NUMBER: 3:17-CR-128-DJH**

**BRENT RICHARDSON**                                                     **DEFENDANT**

## ORDER ON VIOLATION OF SUPERVISED RELEASE PETITION

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on December 2, 2021 to conduct an initial appearance on an amended petition for violation of supervised release.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | Joshua D. Judd, Assistant United States Attorney |
| For the defendant: | Defendant Brent Richardson – Present and in custody <br> Aaron M. Dyke, Assistant Federal Defender - Present |
| Court Reporter: | Digitally recorded |

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the petition, was advised of the allegations contained therein, and was advised of his rights.

The defendant, through counsel, having waived his right to a preliminary revocation hearing on the record,

**IT IS HEREBY ORDERED** that this matter remains on the Court's docket for a final revocation hearing on **December 9, 2021 at 10:30 a.m.** before the Honorable David J. Hale, United States District Judge.

Based on the defendant's failure to appear at the previous final revocation hearing,

**IT IS FURTHER ORDERED** that the defendant be remanded to the custody of the United States Marshal pending further order of the Court.

This 2nd day of December, 2021      **ENTERED BY ORDER OF THE COURT:**
                                                      **REGINA S. EDWARDS**
                                                      **UNITED STATES MAGISTRATE JUDGE**
                                                      **JAMES J. VILT, JR., CLERK**
                                                      **BY:** */s/ Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
U.S. Probation
Counsel for Defendant

0|10