**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)**


**CRIMINAL ACTION NO. 3:17-CR-128-DJH**
**UNITED STATES OF AMERICA,**

**PLAINTIFF,**

**vs.**


**BRENT RICHARDSON,**
**DEFENDANT.**


**MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE**

Comes the defendant, by counsel, and moves the Court to terminate his term of supervised release herein. The undersigned has been advised by the United States Probation Office that it has no objection to the granting of this motion.

Defendant was convicted on April 23, 2018, of one count of conspiracy to possess with the intent to distribute marijuana in violation of 18 U.S.C. §§841(a)(1) and 841(b)(1)(D) and sentenced to 5 years probation. On December 13, 2021 a revocation hearing was held. At the conclusion of that hearing, Mr. Richardson's probation was revoked and he was ordered to serve an 8 month sentence, followed by two years of supervised release. He was released from imprisonment on June 27, 2022, and his two years of supervised release commenced. Since that time, he has been totally compliant with all conditions of supervised release. The United States Probation Office has confirmed his

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

compliance and advised the undersigned that they have no objection to his supervised

release being terminated at this time.

/s/ Aaron M. Dyke
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

## CERTIFICATE

I hereby certify that on July 25, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Aaron M. Dyke

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808