UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

**CRIMINAL ACTION NO. 3:17-CR-128-DJH**
**UNITED STATES OF AMERICA,**                                                              **PLAINTIFF,**

vs.

**BRENT RICHARDSON,**                                                                          **DEFENDANT.**

### ORDER

Defendant having moved the Court to terminate his term of supervised release herein; the United States having responded thereto; the Court having consulted the United States Probation Office; and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the two year term of supervised release imposed herein on December 13, 2021, be, and the same hereby is, terminated.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808