UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

BRENT RICHARDSON																											DEFENDANT

vs.																CRIMINAL ACTION NO. 3:17CR00128-DJH
																								*Filed Electronically*

UNITED STATES OF AMERICA																								PLAINTIFF

## RESPONSE

Defendant Richardson moved for early termination of supervised release. Defendant has represented that the probation officer does not object to the request. The United States does not take a position and defers to the judgment of the Court.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*S/ Joshua Judd*
Joshua Judd
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 625-7049
FAX: (502) 582-5097

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2023, I electronically filed the foregoing motion with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

*S/ Joshua Judd*
Joshua Judd
Assistant United States Attorney