UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                  Plaintiff,

v.                                                    Criminal Action No. 3:17-cr-128-DJH

BRENT RICHARDSON,                                                          Defendant.

\* \* \* \* \*

## ORDER

Defendant Brent Richardson moves for early termination of his supervised release.  The Court having consulted with the United States Probation Office and being otherwise sufficiently advised, it is hereby

**ORDERED** that the motion for early termination (Docket No. 77) is **DENIED** with leave to refile no earlier than **three (3) months** from entry of this Order.

August 14, 2023

**David J. Hale, Judge**
**United States District Court**

1